**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Wells Fargo Bank, N.A.,<br>Plaintiff(s),<br>v.<br>SY Building Materials LLC, et al.,<br>Defendant(s). | Case No. 2:26-cv-01820-APG-NJK<br>**ORDER** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by September 21, 2026.

IT IS SO ORDERED.

Dated: September 14, 2026

Nancy J. Koppe
United States Magistrate Judge