Rex D. Garner (NBN 9401)
Jessica E. Brown (NBN 14487)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, #700
Las Vegas, Nevada 89135
rgarner@foxrothschild.com
jebrown@foxrothschild.com
T. (702) 262-6899
F. (702) 597-5503
*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A.<br><br>Plaintiff,<br>v.<br><br>SHOUYI LU, an individual; SY BUILDING MATERIALS LLC; DAVID RANDALL WILLIAMS, an individual; and SAMIR MICHAEL TRUST SAMIR B. MICHAEL TRTEE UA<br><br>Defendants. | Case No.: 2:26-cv-01820-APG-NJK<br><br>**MOTION TO EXTEND TIME FOR SERVICE OF THE SUMMONS AND COMPLAINT** |

Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo") hereby moves this Court for an Order extending the time for service of the summons and complaint on Defendants Shouyi Lu ("Lu"), SY Building Materials LLC ("Sy Building"), and Samir Michael Trust Samir B. Michael TRTEE UA ("Michael Trust") (collectively the "Unserved Defendants") for a period of ninety (90) days. Good cause for this extension exists as demonstrated below.

## I. SERVICE HISTORY

Plaintiff attempted to serve Lu, Sy Building, and Michael Trust via personal service by a process server. Despite diligent efforts, service has not yet been completed, and Plaintiff hereby seeks additional time to serve the Complaint in this matter.

Plaintiff filed its complaint on June 15, 2026. Plaintiff attempted to served Defendants at the following times:

- The Clerk of Court issued a summons for the Michael Trust on June 16, 2026.

- The Clerk of Court issued a summons for the SY Building Materials LLC and Michael Defendants on June 25, 2026.
- The Clerk of Court issued a summons for the SY Building Materials LLC and Michael Defendants on June 29, 2026.
- A process server attempted service on Lu on July 5, 2026, on July 10, 2026, and July 12, 2026 without success.[1]
- A process server attempted service on Sy Building on July 5, 2026, on July 10, 2026, and July 12, 2026 without success.[2]
- A process server attempted service on the Michael Trust on July 14, 2026 without success.[3]

Wells Fargo is reattempting service through a sheriff, and Wells Fargo is also actively searching for alternative addresses for Lu, Sy Building, and the Michael Trust to effectuate service.[4] However, service is unlikely to be complete within the time contemplated by Rule 4(m), which is September 13, 2026.[5] As such, Wells Fargo seeks to extend time to serve Lu, Sy Building, and the Michael Trust for an additional ninety (90) day period, which is **December 12, 2026**.

## II. ARGUMENT

Courts have broad discretion to extend time for service under Rule 4(m). *See Mann v. American Airlines*, 324 F.3d 1088, 1090 (9th Cir. 2003) (holding Rule 4(m) explicitly permits a district court to grant an extension to serve complaint). Rule 4(m) provides two avenues for relief. The first is mandatory: the district court must extend time for serving upon a showing of good cause. Fed. R. Civ. P. 4(m). The second is discretionary: if good cause is not established, a district court may extend time for service upon a showing of excusable neglect. *Lemoge v. U.S.*, 587 F.3d 1188, 1195 (9th Cir. 2009).

Here, the period to serve the Unserved Defendants has not yet expired, and Wells Fargo has demonstrated both good faith and a reasonable basis for the inability to complete service within the

[1] Declaration of Jessica E. Brown, Esq. attached hereto as **Exhibit A**, at ¶ 5.
[2] *Id.*, at ¶ 6.
[3] *Id.*, at ¶ 7.
[4] *Id.*, at ¶ 8.
[5] *Id.*, at ¶ 9.

initial period. Shortly after the summonses were issued, Wells Fargo promptly retained a process server and undertook multiple attempts to effectuate personal service on each defendant. The process server attempted to serve Lu on July 5, July 10, and July 12, 2026; attempted to serve Sy Building on July 5, July 10, and July 12, 2026; and attempted to serve Michael Trust on July 14, 2026.

Despite these diligent efforts, personal service has been unsuccessful. Wells Fargo has not been idle: it is now pursuing service through the Arizona sheriff and actively searching for alternative addresses for Lu, Sy Building, and Michael Trust. Wells Fargo therefore continues to take concrete steps to complete service as soon as practicable. There is also a reasonable basis for the inability to complete service within the initial period. The Unserved Defendants have been difficult to locate or personally serve despite multiple attempts at known addresses, and the unsuccessful attempts resulted from those practical difficulties, and not from a lack of diligence by Wells Fargo. The 90-day period prescribed by Rule 4(m) has not yet expired; it runs through September 13, 2026. Accordingly, this Motion is timely, and Wells Fargo seeks an extension before the deadline while its ongoing service efforts remain underway.

Those considerations support an extension here. Wells Fargo acted promptly and in good faith, has a reasonable basis for the inability to complete personal service, and continues to pursue service through the Arizona sheriff and alternative-address searches. The Unserved Defendants will suffer no prejudice from the requested extension. This case is in its early stages, no scheduling order has been entered, and the requested extension will simply allow Wells Fargo additional time to complete service without altering the defendants' substantive rights or defenses.

An additional 90-day period, through and including December 12, 2026, is appropriate under the circumstances. That period will provide Wells Fargo sufficient time to complete service while preserving the Unserved Defendants' opportunity to respond and participate in the case.

/ / /

/ / /

/ / /

/ / /

## III. CONCLUSION

For the foregoing reasons, Wells Fargo respectfully requests that the Court grant this Motion and extend the time for service of the summons and complaint on the Unserved Defendants for an additional ninety (90) days, through and including December 12, 2026.

Wells Fargo further respectfully requests such other and further relief as the Court deems just and proper.

Dated: August 24, 2026.

Respectfully submitted by,

*/s/ Jessica E. Brown*
Rex D. Garner (NBN 9401)
Jessica E. Brown (NBN 14487)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, #700
Las Vegas, Nevada 89135
T. (702) 262-6899
F. (702) 597-5503
*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

IT IS SO ORDERED.
Dated: September 14, 2026
.
.

Nancy J. Koppe
United States Magistrate Judge